# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Douglas J. Pepe & Sheila L. Pepe, | Case No. 11-50175 |
| Debtor(s). | |

### RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

NOW COMES JPMorgan Chase Bank, National Association, (hereinafter referred to as "Creditor") by and through its attorneys, Heavner, Beyers and Mihlar, LLC, and for its Response to Trustee's Notice of Final Mortgage Cure Payment, states as follows:

1. Creditor agrees that the Debtors have paid in full the amount requested to cure the default and Debtors are otherwise currently due for May 1, 2015, as of the date of this Response.

WHEREFORE, JPMorgan Chase Bank, National Association, prays that the Court declare that the Debtors are current as of the date of the Trustee's Notice.

JPMorgan Chase Bank, National Association,

By:   */s/ Heather M. Giannino*
         One of its attorneys

HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
Faiq Mihlar (ARDC #6274089)
Heather M. Giannino (ARDC #6299848)
111 East Main Street
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF:                                     Chapter 13

    Douglas J. Pepe &                              Case No.  11-50175
    Sheila L. Pepe,

        Debtor(s).

## CERTIFICATE OF SERVICE

    I, the undersigned attorney, certify that I served a copy of the Response to Trustee's Notice of Payment of Final Mortgage Cure filed on April 6, 2015, upon the parties listed below, as to the Trustee and Debtors' attorney via electronic notice on April 6, 2015, and as to the Debtors by mailing same in a properly addressed envelope, postage prepaid by depositing said envelope in a U. S. Post Office Mail Box, Decatur, Illinois 62523 before the hour of 5:00 p.m. on the 6th day of April, 2015.

**Service by Mail:**

Douglas J. Pepe
6548 Pine Point Drive
Tinley Park, IL 60477

Sheila L. Pepe
6548 Pine Point Drive
Tinley Park, IL 60477

**Service by Electronic Notice through ECF:**

Stuart B. Handelman
Law Offices of Stuart B. Handelman PC
200 S. Michigan Ave., Suite 205
Chicago, IL 60604

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL  60604

                                            By:     */s/ Heather M. Giannino*
                                                Heather M. Giannino of
                                                Heavner, Beyers & Mihlar, LLC
                                                One of its attorneys

HEATHER M. GIANNINO (#6299848)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
111 East Main Street
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719